Form ntrans

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In re
Safiudin Aliu,

      Debtor

Case No. 17-26760

NOTICE OF FILING OF TRANSCRIPT OR EXCERPT
AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript or excerpt of the proceeding held on January 5, 2018 was filed on January 18, 2018. The following deadlines apply:

The parties have until February 1, 2018 to file with the court a Notice of Intent to Request Redaction of this transcript or excerpt. The deadline for filing a request for redaction is February 8, 2018.

If a request for redaction is filed, the redacted transcript or excerpt is due February 20, 2018.

If no such notice is filed, the transcript or excerpt may be made available for remote electronic access upon expiration of the restriction period, which is April 18, 2018 unless extended by court order.

To review the transcript or excerpt for redaction purposes, you may purchase a copy from one of the Court Reporters listed below:

  J Defini, 312-987-9722 all counties in the Eastern Division, except Kane county; hearings PRIOR to April 1, 2017
  A Doolin, 312-986-1920 all counties in the Eastern Division, except Kane county; hearings AFTER April 1, 2017
  S Bloom, 815-923-4104 Eastern Division, Kane county
  J Williams, 815-985-4392 Western Division, Rockford
  Access Transcripts, 855-873-2223

You may also view the document at any public terminal in the Clerk's office.

FOR THE COURT

Dated: January 19, 2018

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

# Certificate of Notice

District/Off: 0752-1   User: moneal                    Date printed: 1/19/2018
Case: 17-26760   Form ID: ntrans   Total: 1

db  Safiudin Aliu    2S060 Valley Road  Lombard, IL 60148