UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  17-26760 |
| Safiudin Aliu | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER DISMISSING CASE FOR UNREASONABLE DELAY**

This matter coming on the Trustee's Motion to Dismiss, proper notice given, and the Court being advised in the premises;

IT IS HEREBY ORDERED that the above referenced case is dismissed pursuant to 11 U.S.C. section 1307(c).

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  February 02, 2018

**Prepared by:**

Glenn Stearns Chapter 13 Trustee

801 Warrenville Road, Suite 650

Lisle, IL 60532-4350

(630-981-3888)