# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS

219 South Dearborn

Chicago, Illinois 60604

**Jeffrey P. Allsteadt**, Bankruptcy Clerk

To: *Safiudin Aliu*

| | |
|---|---|
| Date | February 7, 2018 |
| Case Number | 17 B 26760 |
| Case Name | Safiudin Aliu |
| Bankruptcy Judge | Janet S. Baer |
| Notice of Appeal/Cross Appeal Filed/Notice of Appeal with Motion for Leave to Appeal | January 11, 2018 |
| Appellant/Cross Appellant | Safiudin Aliu |
| Designation Due Date | January 25, 2018 |
| Date of Telephone Contact/Email | |

Dear Sir/Madam: Pursuant to our phone conversation/email, please be advised, the Bankruptcy Court has received your **Notice of Appeal**, but the following items are still outstanding:

☒ Designation of the Record on Appeal and/or Statement of Issues.

☐ The filing fee of $_____ must be paid.

☐ Other _____

Rev 08/2015bgb

By: Ms. Charlie Green
Deputy Clerk